LOUISA TOWNSAND, Plaintiff in Error, v. THOMAS A. TOWN-
SAND et al., Defendants in Error.

### ERROR TO KANKAKEE.

It is error to render a decree for a divorce by default, when there has not been any
service of process.

APRIL 2nd, 1855, Jonathan B. Townsand, who was the father
of the defendants in error, filed his bill against the plaintiff in
error, for a divorce. The bill alleges marriage of the parties in
Canada, in 1852, their removal to Illinois, 1853.

Summons issued same day. The summons was returned not
served, the defendant not being found in the county. A copy
of an affidavit, of one George Chipman, is among the papers,
stating that he read and delivered a copy of the bill to the
plaintiff in error, in Chicago, April 2nd, 1855; but that affidavit
is not made a part of the record in any way.

A decree of divorce was rendered, May 16th, 1855.

Since this writ of error was brought, Jonathan B. Townsand
died. The defendants in error are his heirs at law.

The error assigned is, that the court erred in rendering a
decree, without having service of process therein.

GLOVER & COOK, for Plaintiff in Error.

CATON, C. J. The summons in this case, was returned not
served. The court proceeded to default the defendant, and
rendered a decree, divorcing the parties, without noticing, no
doubt, that there had been no service. The decree must be
reversed.

*Decree reversed.*